JOHN J. TALTON, CHAPTER 13 TRUSTEE

Case 12-90260    Doc 47    Filed 04/07/17    Entered 04/07/17 15:09:46    Desc Main
Payee: Clerk of the Court.                                Document    Page 1 of 1      Check #.: **1131826**
Please notify the Court & this office of any changes made after filing to your claim (ex, account number, address, claim assignment, etc.)    Date: 04/07/2017

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1290260 | 00015 | RAYMOND F HOELSCHER & STEPHANIE HOEL | 527/6324 | 0.00 | 81.54 | 0.92 | 82.46 |

Original Check written to:
WORLD FINANCE CORPORATION
WORLD ACCEPTANCE CORPORATION
ATTN: BANKRUPTCY PROCESSING CENTER
PO BOX 6429
GREENVILLE, SC,   29606

|  |  | TOTALS |  | 0.00 | 81.54 | 0.92 | 82.46 |