JOHN J. TALTON, CHAPTER 13 TRUSTEE                                Check #.: **1131827**
Payee: Clerk of the Court                                         Date: 04/07/2017
Please notify the Court & this office of any changes made after filing to your claim, (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1290260 | 00014 | RAYMOND F HOELSCHER & STEPHANIE HOEL | H012 | 0.00 | 548.22 | 7.56 | 555.78 |

Original Check written to:
DR. DANIEL A. WEAVER
1520 EAST STARR AVE.
NACOGDOCHES, TX, 75961

| | | TOTALS | | 0.00 | 548.22 | 7.56 | 555.78 |